UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERI LORAINE MCQUIEN,<br><br>　　　　Defendant. | Case No. 2:23-mj-00626-EJY<br><br>**ORDER** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the

Court finds that:

1. Counsel for the defendant had trouble accessing the discovery until recently and requires additional time to review the discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is out of custody and does not object to the continuance.

3. The additional time requested herein is not sought for the purpose of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery material and to prepare for trial.

3

1    4. This is the first stipulation to continue filed herein.

2    //

3    //

4    //

5

6                                    **ORDER**

    IT IS HEREBY ORDERED that the trial set in the above case for November 29, 2023 at

7    9:30 a.m. be continued to ___January 31, 2024_____,      at the hour of

8    __9:30 a.m. in Courtroom 3D.

9

10   DATED this __29th_____ day of __November_____, 2023

11

12

13

14          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

                                    4