JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Melanee.Smith@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERI LORAINE MCQUIEN,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00626-EJY<br><br>**Stipulation to Continue Trial**<br>**(Third Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Bret Whipple, Esq., counsel for the defendant Teri Loraine McQuien, that the bench trial in the above-captioned matter, currently scheduled for March 6, 2024 at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 90 days.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　The counsel for the government will not be out of the district March, 4, 2024 through March 8, 2024 and will not be available for the bench trial on March 6, 2024.

　　　　2.　　Defendant is out of custody and agrees to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution.

4. This is the third request for continuance of the trial in this case.

DATED this 4th day of March, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Bret Whipple                                              /s/ Melanee Smith

BRET WHIPPLE, Esq.                                   MELANEE SMITH
Counsel for defendant MCQUIEN          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00626-EJY |
| Plaintiff, | **Stipulation to Continue Trial** |
| v. | **(Third Request)** |
| TERI LORAINE MCQUIEN, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for March 6, 2024, at the hour of 9:30 a.m. is hereby VACATED, and RESET for July 10, 2024, at 9:30 a.m. in Courtroom 3D.

DATED this 5th day of March, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE